OPINION — AG — 47 O.S. 1961 308 [47-308] PROVIDES A MISDEMEANOR PENALTY FOR ANY VIOLATION OF 47 O.S. 1961 306 [47-306] (CHAPTER 6) (OPERATOR'S AND CHAUFFEUR'S LICENSE), UNLESS SUCH VIOLATION IS BY CHAPTER OR OTHER LAW OF THIS STATE, DECLARED TO BE A FELONY AND/OR UNLESS ANOTHER PENALTY IS PROVIDED IN THIS CHAPTER. IT IS THE FURTHER OPINION OF THE AG THAT 47 O.S. 1961 6-301 [47-6-301](D) PROVIDES A PENALTY FOR ANY VIOLATION OF THE PROVISIONS OF THIS 47 O.S. 1961, 6-301 [47-6-301]. HOWEVER, SUBSECTION 47 O.S. 1961 6-301 [47-6-301](7) WITH ITS LANGUAGE "DO DO ANY ACT FORBIDDEN OR FAIL TO PERFORM ANY ACT REQUIRED BY THIS CHAPTER", WOULD ALLOW THE COUNTY ATTORNEY TO FILE FOR VIOLATION OF THIS CHAPTER UNDER AUTHORITY OF 47 O.S. 1961 6-301 [47-6-301] OR 47 O.S. 1961 6-308 [47-6-308], EXCEPT FOR THOSE VIOLATIONS SPECIFICALLY ENUMERATED IN 47 O.S. 1961 6-301 [47-6-301], WHICH, IN THE OPINION OF THE AG MUST BE FILED UNDER 47 O.S. 1961 6-301 [47-6-301] CITE: 47 O.S. 1961 6-304 [47-6-304] 47 O.S. 1961 305 [47-305], 47 O.S. 1961 6-113 [47-6-113], 47 O.S. 1961 6-112 [47-6-112] (JACK SWIDENSKY)